UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EMMA CAMPBELL,  	No. 08-12035

       Plaintiff,  	District Judge Nancy G. Edmunds

v.  	Magistrate Judge R. Steven Whalen

BORTZ HEALTH CARE
OF OAKLAND,

       Defendant.
_____/

**ORDER**

Plaintiff Emma Campbell, who is pursuing this action without an attorney, has filed a handwritten letter [Docket #21], stating that she again attempted to file a response to Defendant's motion for summary judgment, but that she was rebuffed by Clerk's Office personnel because her exhibits lacked a cover sheet. I previously entered an order extending the time for filing her response to March 10, 2009. According to her letter, she appeared at the Clerk's Office on March 9, 2009.

Because the Plaintiff is *pro se*, because she appears confused about the proper procedures for filing in this Court, and because she has apparently been making a good faith effort to file her response, I will construe her letter as a second motion to extend time, and I will GRANT said motion.

Plaintiff Emma Campbell will file her response to the motion for summary

-1-

judgment on or before MARCH 23, 2009.

Further, the Clerk's Office is directed to accept the Plaintiff's response for filing, regardless of whether it appears to be in the proper form.

SO ORDERED.

S/R. Steven Whalen<br>
R. STEVEN WHALEN<br>
UNITED STATES MAGISTRATE JUDGE

Dated: March 13, 2009

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on March 13, 2009.

S/Gina Wilson<br>
Judicial Assistant