UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


EMMA CAMPBELL,                                No. 08-12035

                    Plaintiff,               District Judge Nancy G. Edmunds

v.                                           Magistrate Judge R. Steven Whalen

BORTZ HEALTH CARE
OF OAKLAND,

                    Defendant.
_____/

**ORDER**

    Plaintiff Emma Campbell, who is pursuing this action without an attorney, has

filed a handwritten letter [Docket #26], requesting a further extension of time to

"complete exhibits" in response to Defendant's motion for summary judgment.  On

March 23, 2009, she filed a number of written exhibits in response.  *See* Docket #24.  The

Defendant filed a brief in response on April 1, 2009.  *See* Docket #25.

    In the present motion, Plaintiff states that she is attending her sister's funeral in

Alabama, and will not return until May 1, 2009.  The Court understands that Ms.

Campbell is proceeding without an attorney, and appreciates the importance of giving her

a full and fair hearing.  At the same time, the Defendant has a right to a timely disposition

of this case, and even persons who are not represented by an attorney must comply with

the schedules set by the Court.

-1-

Balancing these factors, the Court will give the Plaintiff a short extension of time to file additional exhibits and/or arguments.  The Plaintiff's motion for extension [Docket #26] is GRANTED.  Plaintiff may file additional exhibits and/or arguments no later than MAY 15, 2009.

NO FURTHER EXTENSIONS WILL BE GRANTED.

SO ORDERED.


S/R. Steven Whalen_____
R. STEVEN WHALEN
UNITED STATES MAGISTRATE JUDGE

Dated:  April 27, 2009

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on April 27, 2009.


S/Gina Wilson_____
Judicial Assistant