UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Emma Campbell,

        Plaintiff,                      Case No. 08-12035

v.                                   Hon. Nancy G. Edmunds

Bortz Health Care of Oakland,

        Defendant.
_____/

ORDER ACCEPTING MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

        This matter has come before the Court on the Magistrate Judge's Report and Recommendation.  Being fully advised in the premises and having reviewed the record and the pleadings, including the Report and Recommendation and any objections thereto, the Court hereby ACCEPTS AND ADOPTS the Magistrate Judge's Report and Recommendation.  It is further ordered that Defendant's motion for summary judgment is GRANTED, and the case is hereby DISMISSED.

        SO ORDERED.


                            s/Nancy G. Edmunds
                            Nancy G. Edmunds
                            United States District Judge

Dated:  September 10, 2009

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on September 10, 2009, by electronic and/or ordinary mail.

                            s/Carol A. Hemeyer
                            Case Manager